901 A.2d 302

IN THE MATTER OF DENNIS A. CIPRIANO, AN ATTORNEY AT LAW (ATTORNEY NO. 234851966).

July 10, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–070, concluding that **DENNIS A. CIPRIANO** of **WEST ORANGE**, who was admitted to the bar of this State in 1966, should be reprimanded for violating *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.4(b) (failure to explain a matter to the extent reasonably necessary for the client to make informed decisions regarding representation), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **DENNIS A. CIPRIANO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.